# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1694

United States of America

Appellee

v.

Wenlasombo Ilboudo

Appellant

------

Appeal from U.S. District Court for the District of Minnesota
(0:23-cr-00257-JWB-3)

------

**ORDER**

Attorney Steven James Wright is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

April 09, 2025

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler